IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GLASS AND ALUMINUM,<br><br>　　　　Defendant.<br>_____ / | No. C-06-07448 EDL<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND PERMITTING TELEPHONIC APPEARANCE AT DEFAULT JUDGMENT HEARING** |

On December 6, 2007, Plaintiff filed a request to vacate the December 11, 2007 Case Management Conference and to excuse personal appearance at the hearing on Plaintiff's Motion for Default Judgment on January 8, 2008. Good cause appearing, the Case Management Conference is vacated. However, Plaintiff shall appear at the January 8, 2008 hearing, but may do so by telephone by calling the Court's courtroom deputy no later than January 3, 2007 with a telephone number where counsel can be reached on the afternoon of the hearing. On January 8, 2008, counsel shall remain available from 2:00 p.m. until called by the Court.

**IT IS SO ORDERED.**

Dated: December 7, 2007

　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge