IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, | No. C-06-07448 EDL |
| Plaintiff, | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| PACIFIC GLASS AND ALUMINUM, | |
| Defendant. | |

Pursuant to the parties' Notice of Outcome of Meet and Confer Between Parties, the Court sets a further case management conference on March 18, 2008 at 10:00 a.m. The parties shall file an updated joint case management conference statement no later than March 11, 2008.

**IT IS SO ORDERED.**

Dated: January 15, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge